UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

NORMA YANARI AYALA,                      **INDICTMENT**
RIGOBERTO VASQUEZ-VASQUEZ, and
EDGIDIO VASQUEZ-MENCHO,

    Defendants.
_____/

The Grand Jury charges:

## COUNT 1
**(Conspiracy to Transfer False Identification Documents)**

From in or before June, 2024, through in or about June, 2025, in Kent County, in the Southern Division of the Western District of Michigan, defendants

**NORMA YANARI AYALA,
RIGOBERTO VASQUEZ-VASQUEZ, and
EDGIDIO VASQUEZ-MENCHO,**

knowingly conspired, confederated and agreed with one another, to commit offenses against the United States, namely, to knowingly transfer false identification documents, specifically, false Permanent Resident Cards and Social Security Account Number Cards which appeared to have been issued by or under the authority of the United States, knowing that such documents were produced without lawful authority, in violation of Title 18, United States Code, Section 1028(a)(2).

## OBJECT OF THE CONSPIRACY

The object of the conspiracy was for the defendants to profit from the transfer and sale of false identification documents that appeared to have been issued by or under the authority of the United States to individuals believed to be present in the United States illegally.

## MANNER AND MEANS OF THE CONSPIRACY

To carry out the conspiracy, **RIGOBERTO VASQUEZ-VASQUEZ, NORMA YANARI AYALA, and EDGIDIO VASQUEZ-MENCHO** would receive requests from individuals in the Western District of Michigan who needed or claimed to need identification documents for work and other purposes. Once the customer made contact, the defendants acquired the customer's photograph and other desired means of identification and provided that information to an individual who then produced the requested false identification documents using the photograph and means of identification provided by the defendants. Once they received the falsely made documents, the defendants transferred them or caused them to be transferred to their customers in the Western District of Michigan in exchange for payment from the customers.

18 U.S.C. § 1028(f)
18 U.S.C. § 1028(a)(2)
18 U.S.C. § 1028(b)(1)(A)(i)
18 U.S.C. § 1028(c)(1)
18 U.S.C. § 1028(d)

## COUNT 2
**(Transfer of False Identification Documents)**

On or about June 6, 2024, in Kent County, in the Southern Division of the Western District of Michigan,

**NORMA YANARI AYALA**

knowingly transferred false identification documents that appeared to have been issued by or under the authority of the United States, knowing that such documents were produced without lawful authority.

Specifically, **NORMA YANARI AYALA** transferred one fraudulent United States Permanent Resident Card and one fraudulent United States Social Security Account Number Card to a Department of Homeland Security confidential source.

18 U.S.C. § 1028(a)(2)
18 U.S.C. § 1028(b)(1)(A)(i)
18 U.S.C. § 1028(c)(1)
18 U.S.C. § 1028(d)

## COUNT 3
**(Transfer of False Identification Documents)**

On or about August 7, 2024, in Kent County, in the Southern Division of the Western District of Michigan,

**NORMA YANARI AYALA**

knowingly transferred false identification documents that appeared to have been issued by or under the authority of the United States, knowing that such documents were produced without lawful authority.

Specifically, **NORMA YANARI AYALA** transferred one fraudulent United States Permanent Resident Card and one fraudulent United States Social Security Account Number Card to a Department of Homeland Security confidential source.

18 U.S.C. § 1028(a)(2)
18 U.S.C. § 1028(b)(1)(A)(i)
18 U.S.C. § 1028(c)(1)
18 U.S.C. § 1028(d)

## COUNT 4
**(Transfer of False Identification Documents)**

On or about November 22, 2024, in Kent County, in the Southern Division of the Western District of Michigan,

**NORMA YANARI AYALA**

knowingly transferred false identification documents that appeared to have been issued by or under the authority of the United States, knowing that such documents were produced without lawful authority.

Specifically, **NORMA YANARI AYALA** transferred one fraudulent United States Permanent Resident Card and one fraudulent United States Social Security Account Number Card to a Department of Homeland Security confidential source.

18 U.S.C. § 1028(a)(2)
18 U.S.C. § 1028(b)(1)(A)(i)
18 U.S.C. § 1028(c)(1)
18 U.S.C. § 1028(d)

## COUNT 5
**(Transfer of False Identification Documents)**

On or about March 27, 2025, in Kent County, in the Southern Division of the Western District of Michigan,

**NORMA YANARI AYALA**

knowingly transferred false identification documents that appeared to have been issued by or under the authority of the United States, knowing that such documents were produced without lawful authority.

Specifically, **NORMA YANARI AYALA** transferred one fraudulent United States Permanent Resident Card and one fraudulent United States Social Security Account Number Card to a Department of Homeland Security confidential source.

18 U.S.C. § 1028(a)(2)
18 U.S.C. § 1028(b)(1)(A)(i)
18 U.S.C. § 1028(c)(1)
18 U.S.C. § 1028(d)

## COUNT 6
### (Transfer of False Identification Documents)

On or about May 9, 2025, in Kent County, in the Southern Division of the Western District of Michigan,

**RIGOBERTO VASQUEZ-VASQUEZ and EDGIDIO VASQUEZ-MENCHO**

knowingly transferred false identification documents that appeared to have been issued by or under the authority of the United States, knowing that such documents were produced without lawful authority.

Specifically, **RIGOBERTO VASQUEZ-VASQUEZ** transferred one fraudulent United States Permanent Resident Card and one fraudulent United States Social Security Account Number Card to **EDGIDIO VASQUEZ-MENCHO**, who then transferred them to a Department of Homeland Security confidential source.

18 U.S.C. § 1028(a)(2)
18 U.S.C. § 1028(b)(1)(A)(i)
18 U.S.C. § 1028(c)(1)
18 U.S.C. § 1028(d)
18 U.S.C. § 2

## COUNT 7
**(Transfer of False Identification Documents)**

On or about June 7, 2025, in Kent County, in the Southern Division of the Western District of Michigan,

**RIGOBERTO VASQUEZ-VASQUEZ**

knowingly transferred false identification documents that appeared to have been issued by or under the authority of the United States, knowing that such documents were produced without lawful authority.

Specifically, **RIGOBERTO VASQUEZ-VASQUEZ** transferred one fraudulent United States Permanent Resident Card and one fraudulent United States Social Security Account Number Card to a Department of Homeland Security confidential source.

18 U.S.C. § 1028(a)(2)
18 U.S.C. § 1028(b)(1)(A)(i)
18 U.S.C. § 1028(c)(1)
18 U.S.C. § 1028(d)

## COUNT 8
**(Transfer of False Identification Documents)**

On or about June 26, 2025, in Kent County, in the Southern Division of the Western District of Michigan,

**RIGOBERTO VASQUEZ-VASQUEZ**

knowingly transferred false identification documents that appeared to have been issued by or under the authority of the United States, knowing that such documents were produced without lawful authority.

Specifically, **RIGOBERTO VASQUEZ-VASQUEZ** transferred one fraudulent United States Permanent Resident Card and one fraudulent United States Social Security Account Number Card to a Department of Homeland Security confidential source.

18 U.S.C. § 1028(a)(2)
18 U.S.C. § 1028(b)(1)(A)(i)
18 U.S.C. § 1028(c)(1)
18 U.S.C. § 1028(d)

## COUNT 9
**(Alien Reentry)**

On or about June 6, 2024, in Kent County, in the Southern Division of the Western District of Michigan,

**NORMA YANARI AYALA,**

being an alien who had previously been removed, was found in the United States without having obtained the express prior consent of the Attorney General or the Secretary of Homeland Security to return or reapply for admission.

8 U.S.C. § 1326(a)

## COUNT 10
**(Alien Reentry)**

On or about May 9, 2025, in Kent County, in the Southern Division of the Western District of Michigan,

**EDGIDIO VASQUEZ-MENCHO,**

being an alien who had previously been removed, was found in the United States without having obtained the express prior consent of the Attorney General or the Secretary of Homeland Security to return or reapply for admission.

8 U.S.C. § 1326(a)

A TRUE BILL

[ /s/ Redacted ]

TIMOTHY VERHEY
United States Attorney

_____
GRAND JURY FOREPERSON

_____
DONALD DANIELS
Assistant United States Attorney