# Attachment B

## Special Agent Schifini
## October 28, 2025, Report




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

---

10/28/2025 12:34 EDT                                                                                     Page 1 of 8

**CASE NUMBER**
GP18BR24GP0001

**CASE OPENED**
5/7/2024

**CURRENT CASE TITLE**
'Norma': Fraud Doc Vendor

**REPORT TITLE**
Forensic Analysis of Rigoberto VASQUEZ-Vasquez' Apple I-Phone

**SYNOPSIS**

In March of 2024, HSI Grand Rapids received information regarding a West-Michigan based fraudulent document ring. The information indicated that a Hispanic female, who was identified as Norma AYALA, takes the orders for sets of fraudulent identification documents. AYALA then contacts another Guatemalan male in the Grand Rapids area, who manufactures the cards. That male then transfers the cards to AYALA, who then collects $350.00 for each set from the buyers. HSI Grand Rapids initiated an investigation and subsequently arrested three (3) subjects.

SA Schifini has conducted a forensic analysis of the Apple I-Phone seized from Rigoberto VASQUEZ-Vasquez during a federal search warrant. The contents of his cell phone indicated a large-scale illicit business associated with the sale of fraudulent identification documents and stolen identities. This information is further documented in this report.

**REPORTED BY**
Thomas Schifini
SPECIAL AGENT

**APPROVED BY**
Richard Vogelzang
SPECIAL AGENT

**DATE APPROVED**
10/28/2025

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 'Norma': Fraud Doc Vendor | GP18BR24GP0001-042 | 10/28/2025 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00001423

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

10/28/2025 12:34 EDT                                                                 Page 2 of 8

## DETAILS OF INVESTIGATION

As noted in a previous report (ROI 38), an Apple I-Phone was seized from Rigoberto VASQUEZ-Vasquez during the execution of a federal search warrant at his residence of ▮ Laurel Street SW in Grand Rapids, Michigan. SA Schifini, with the assistance of SA Reinsch, was able to obtain the contents of the I-Phone through Cellebrite forensic analysis software (Version 7.73.0.11).

**Target Device Information:**

Device Name Vasquez

Software Version 17.6 [21G80]

Model iPhone 13 [iPhone14,5 D17AP]

Unique Device ID (UDID) 00008110-000C2D6A21F3A01E

Serial Number K7NFDFJCC7

Unique Chip ID (ECID) 3427633579925534

Phone Number ▮

IMEI 351804290092592

IMEI(2) 351804290636182

SA Schifini categorized relevant data through two (2) classifications: evidentiary or important. The following is an overview of the data obtained through forensic analysis:

**Images:**

There were multiple pictures located on the I-phone, which were notated due to their evidentiary value. The photographs consisted of facial type photographs of potential customers, which were to be used in the manufacture of the fraudulent identification documents. The remainder of the photographs consisted of completed fraudulent identification documents. It appeared that VASQUEZ-Vasquez was manufacturing fraudulent state identification documents, in addition to Social Security cards and lawful permanent resident cards. It also appeared that he was manufacturing fraudulent foreign driver's licenses and possibly consular identification documents.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 'Norma': Fraud Doc Vendor | GP18BR24GP0001-042 | 10/28/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00001424



# DEPARTMENT OF HOMELAND SECURITY
## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

10/28/2025 12:34 EDT                                                                 Page 3 of 8

There were more than two (2) dozen facial photographs, with potential customers posing in front of a white background, found on the cell phone. The photographs, taken between 2024 and 2025, are time stamped and contained metadata. It should be noted that the photograph dated March 26, 2025, was the same one forwarded from SA Schifini to a Confidential Informant (CI), which was ultimately sent to Norma AYALA. That picture was used to manufacture a fraudulent lawful permanent resident card and Social Security card, which was documented in Report of Investigation (ROI) 28. HSI Grand Rapids purchased and obtained those documents during a controlled purchase on March 27, 2025. Therefore, it would appear to corroborate the communication and conspiracy between Rigoberto VASQUEZ-Vasquez and Norma AYALA.

Another facial image, dated June 4, 2025, was another previously forwarded by SA Schifini through a Confidential Informant (CI). That CI then forwarded the image and fictitious biographical data to Rigoberto VASQUEZ-Vasquez during the second controlled purchase. The attachment source indicated that it was sent via WhatsApp. That purchase, documented in Report of Investigation (ROI) 33, resulted in the purchase and seizure of a fraudulent lawful permanent resident card and Social Security card.

Another facial image, dated June 24, 2025, was another previously forwarded by SA Schifini through a Confidential Informant (CI). That CI then forwarded the image and fictitious biographical data to Rigoberto VASQUEZ-Vasquez during the third controlled purchase. The attachment source indicated that it was sent via WhatsApp. That purchase, documented in Report of Investigation (ROI) 34, resulted in the purchase and seizure of a fraudulent lawful permanent resident card and Social Security card.

The I-phone also contained images of completed fraudulent identification documents. Those documents ranged from fraudulent lawful permanent resident cards, Social Security cards, state identification cards, foreign driver's licenses and consular identification cards. Those images also contained dates and metadata. SA Schifini was able to locate fraudulent State of Illinois identification cards, State of Michigan identification cards, completed sets of lawful permanent resident cards (LPR) and Social Security cards, Mexican driver's licenses, and Guatemalan Consular identification cards.

The I-Phone also contained images of completed sets of fraudulent Social Security cards along with fake State identification documents and accompanying U.S.-issued birth certificates. Packets of this type allow a person to assume or steal the identity of United States Citizens. A customer would have a birth certificate and corroborating documents to false claim to U.S. Citizenship, thereby enabling them to possibly obtain a U.S. Passport and/or State of Michigan Real ID.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 'Norma': Fraud Doc Vendor | GP18BR24GP0001-042 | 10/28/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00001425




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

---

10/28/2025 12:34 EDT                                                                                     Page 4 of 8

There were also multiple signature exemplars saved and notated, which were believed to be used in the manufacturing of certain fraudulent identification documents. SA Schifini also notated multiple, generic templates for a wide variety of state and federal identification documents. These go-by's may have been used to duplicate many of the features of a bona fide document.

One template appeared to match a U.S. government issued employment authorization document. Another appeared to be a template for a bona fide U.S. government issued lawful permanent resident card. Other templates included one for a California driver's license, U.S. Social Security card, a Wisconsin driver's license, a Pennsylvania identification card, and an Oklahoma driver's license.

SA Schifini notated multiple other images due to their potential evidentiary value. One image consisted of a fraudulent Social Security card positioned on top of a small brown envelope. The small brown envelope is the same type used to transport fraudulent documents during the controlled purchases and appears identical to those found during the execution of the search warrant at Rigoberto VASQUEZ-Vasquez' residence in Grand Rapids.

One image consisted of a white printer, which was positioned on a brown computer desk. It should be noted that no such printer was found during the execution of the search warrant at Rigoberto VASQUEZ-Vasquez' residence in Grand Rapids on September 30, 2025. Another image consisted of a fraudulent lawful permanent resident card being held in front of a computer monitor. There were no computer monitors found during the execution of the search warrant at Rigoberto VASQUEZ-Vasquez' residence.

There were also multiple images of text messages, which contained requests for fraudulent documents. The requests were accompanied by facial images and biographical data, which were part of the text strings. The conversations were sent via WhatsApp and also contained dates and metadata.

**Chats:**

The following chats were noted due to their potential evidentiary value and are generally representative of the communications found on VASQUEZ-Vasquez' cell phone:

From: █████████

To: █████████    Rigoberto (owner)

9/23/25

---

| **Current Case Title** | **ROI Number** | **Date Approved** |
|---|---|---|
| 'Norma': Fraud Doc Vendor | GP18BR24GP0001-042 | 10/28/2025 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00001426



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

10/28/2025 12:34 EDT                                                              Page 5 of 8

Multiple attached images, which contain pictures of fraudulent identification documents. There appeared to be a fake Social Security card and accompanying fake State of California ID card. An address is exchanged, presumably sent to retrieve and pay for the fraudulent documents. The address corresponds to Custom Packaging Innovations, 4596 Buttermilk Court N., Hudsonville, Michigan. This was the address where Rigoberto VASQUEZ-Vasquez was unlawfully employed.

---

From: █████████

To:   █████████     Rigoberto (owner)

9/24/2025

*Buenas hay me avisa cuando ya tenga mis documentos* (Roughly translated: Good morning, let me know when you already have my documents)

---

From: █████████

To:   █████████     Rigoberto (owner)

9/18/2025

*Aroldo Lopez Lopez fecha de nacimiento* █████████

The text has an accompanying facial image, which was taken in front of a white door. The response from Rigoberto VASQUEZ-Vasquez states '*listo*' (roughly translated: ready) with a picture of the front and back of a fraudulently produced and manufactured Mexican driver's license.

---

From: █████████

To:   █████████     Rigoberto (owner)

9/6/2025

---

| **Current Case Title** | **ROI Number** | **Date Approved** |
|---|---|---|
| 'Norma': Fraud Doc Vendor | GP18BR24GP0001-042 | 10/28/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00001427



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

10/28/2025 12:34 EDT                                                                 Page 6 of 8

Attached images of the front and back of the front and back of a fraudulently produced and manufactured Mexican driver's license. Based on SA Schifini's experience, training, and communication with other law enforcement officers, foreign nationals often present foreign-issued driver's licenses to local law enforcement during vehicle stops. Foreign-issued drivers licenses present a difficulty for authentication during road-side traffic stops.

---

From: ▮▮▮▮▮ Rigoberto (owner)

To: ▮▮▮▮▮ Blanca

01/09/1987

*Nompre.LIZAMARIE* ('Nombre' or name)

*Apellido. RODRiGUES FLORES* (Last name)

▮▮▮▮▮ (birth date)

*Altura 5.5* (height)

*Color de ojos cafés* (color of eyes- brown)

*Peso 130* (weight- 130)

The message contained an attached facial image with the request *'ID De Michigan'* (Roughly translated: Michigan ID). The message is followed by *'Para oy por favor'* (roughly translated: for today please). It appeared that Rigoberto VASQUEZ-Vasquez was asking another person to manufacture a fraudulent State of Michigan ID card. On October 27, 2025, SA Schifini processed this phone number through various databases available to HSI. The phone number of ▮▮▮▮▮ appeared to be associated with Blanca Maribel RAMOS-Lopez, ▮▮▮▮ Caulfield Ave SW in Grand Rapids, Michigan. As noted in previous reports, it has been determined that Blanca RAMOS-Lopez is the wife of co-conspirator Edgidio VASQUEZ-Mencho.

---

From: ▮▮▮▮▮

To: ▮▮▮▮▮ Rigoberto (owner)

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 'Norma': Fraud Doc Vendor | GP18BR24GP0001-042 | 10/28/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00001428



# DEPARTMENT OF HOMELAND SECURITY
## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

10/28/2025 12:34 EDT          Page 7 of 8

8/28/2025

Attached are facial images and a signature exemplar to be used in the manufacture of a fraudulent identification document. A follow-up text message to Rigoberto VASQUEZ-Vasquez stated, '*no me trajo los papeles hermano*' (Roughly translated: he didn't bring me the papers, brother). Rigoberto VASQUEZ-Vasquez replied with '*Ya lo tengo listo*' (Roughly translated: I already have it ready). The customer then replies, '*Voy a recoger los papeles en 20 minutos*' (Roughly translated: I am going to pick up the papers in 20 minutes.)

---

From: █████████  Rigoberto (owner)

To: █████████

8/20/2025

*Nompre*. ('Nombre' or name)

*Apellido*. (Last name)

█████████. (birth date)

*Altura*. (height)

*Color de ojos*. (color of eyes)

*Dirección* (address)

This information, being requested by Rigoberto VASQUEZ-Vasquez, is generally used to manufacture state identification documents and/or fraudulent driver's licenses. Rigoberto VASQUEZ-Vasquez then follows up with the text message '*una foto*' (Roughly translated: a photograph), which was to be used to manufacture the fraudulent documents. An unidentified Hispanic female then forwarded a facial image, as per the request from VASQUEZ-Vasquez.

---

From: █████████  Hermano Aurelio

To: █████████  Rigoberto (owner)

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 'Norma': Fraud Doc Vendor | GP18BR24GP0001-042 | 10/28/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00001429



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

10/28/2025 12:34 EDT                                                                 Page 8 of 8

2/20/2025

*Nombre Luis Raul ofarrill fecha nacimiento* ████

*Ss* ████

The text message was accompanied by a facial image in front of a white background. The customer then relayed another text message with his height and weight. Rigoberto VASQUEZ-Vasquez then requested additional biographical identifiers, which the customer then forwarded. Finally, the customer provided a signature exemplar to be used in the manufacture of the fraudulent documents. On October 27, 2025, SA Schifini processed this information through various databases available to HSI. It appeared that name and biographical data were actually associated with a United States Citizen (USC) from Puerto Rico. Therefore, the actual identity of this customer is undetermined.

--------------------------------------------------------------------------------

### Videos:

There were also multiple short videos, which were notated due to their potential evidentiary value. One video showed someone holding a fraudulent Social Security card. Another was a short video showing a fraudulent identification card, which was positioned on a table. Other short videos appeared to be taken by accident and were probably meant to be taken as photographs. One is a signature exemplar, while others are facial passport style photographs. Many of these short videos were also found under the image or chat sections of the Cellebrite report.

### Audio:

There were multiple audio recordings, which were presumably all in the Spanish and/or Mam languages. Those recordings have to be submitted for an official translation. The audio messages are saved through WhatsApp, which this investigation has shown, is Rigoberto VASQUEZ-Vasquez' preferred method of communication.

This investigation will continue.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 'Norma': Fraud Doc Vendor | GP18BR24GP0001-042 | 10/28/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00001430