# Attachment C

## Special Agent Schifini December 2, 2024, Report



# DEPARTMENT OF HOMELAND SECURITY
## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION
OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

12/04/2024 10:25 EST                                                Page 1 of 4

**CASE NUMBER**
GP18BR24GP0001

**CASE OPENED**
5/7/2024

**CURRENT CASE TITLE**
'Norma': Fraud Doc Vendor

**REPORT TITLE**
11/22/24: Third Controlled Purchase of Fake Docs

**SYNOPSIS**

In March of 2024, HSI Grand Rapids received information regarding a West-Michigan based fraudulent document ring. The information indicated that a Hispanic female, who was tentatively identified as Norma AYALA, takes the orders for sets of fraudulent identification documents. AYALA then contacts an unidentified Guatemalan male, who also resides in the Grand Rapids area. That unidentified male manufactures the documents, which are provided to AYALA. AYALA then collects $350.00 for each set from the buyers. HSI Grand Rapids has initiated an investigation in order to corroborate this information.

On November 22, 2024, HSI Grand Rapids conducted a third controlled purchase of fraudulent identification documents from Norma AYALA. This information is further detailed in this report.

**REPORTED BY**
Thomas Schifini
SPECIAL AGENT

**APPROVED BY**
Kurt Fiegel
SPECIAL AGENT

**DATE APPROVED**
12/2/2024

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 'Norma': Fraud Doc Vendor | GP18BR24GP0001-015 | 12/2/2024 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000058



# DEPARTMENT OF HOMELAND SECURITY
## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

12/04/2024 10:25 EST                                                                 Page 2 of 4

## DETAILS OF INVESTIGATION

On November 22, 2024, HSI Grand Rapids conducted a third controlled purchase of fraudulent identification documents from Norma AYALA. The third purchase was pre-arranged by an HSI Confidential Informant (CI). On November 20, 2024, SA Schifini contacted the CI and requested that they communicate with Norma AYALA, via WhatsApp at ███████, in order to arrange for the sale of the fraudulent documents.

On November 20, 2024, SA Schifini forwarded a facial picture and biographical data of a fictitious customer to the CI. It was requested that the CI contact Norma AYALA via WhatsApp and send the information to her in order to request a set of fraudulent documents. The CI subsequently sent a screenshot of the WhatsApp conversation back to SA Schifini as confirmation of the transaction. AYALA responded with 'Para hoy o manana', 'La necesita', which roughly translated means 'you need it for today or tomorrow'. The CI told AYALA that it was needed for the following day and would be picked up at the same location as before.

On November 21, 2024, HSI Grand Rapids attempted the third controlled purchase of fraudulent documents from Norma AYALA. HSI Grand Rapids personnel, who assisted in this controlled purchase were as follows: SAs Schifini, Bunker, Fiegel, Armstead, and Vogelzang. At approximately 5:00 pm, SAs Schifini and Vogelzang met with the CI at a location close to the meet spot. The CI and their vehicle were both searched for any potential contraband prior to the controlled purchase.

The deal was tentatively scheduled to occur at approximately 5:20 pm. However, the CI was initially unable to communicate with AYALA to check on her status. SA Schifini requested that the CI contact her via WhatsApp to check on her location. At 5:32 pm, the CI received notification that AYALA just read the previous message on WhatsApp. AYALA ultimately responded and generally stated that the person who makes the documents did not have them ready for transfer and they were not completed. She stated that the person arrived home late the previous night and did not have the chance to complete them. It was agreed that the CI would meet AYALA the following day in order to retrieve the documents.

On the morning on November 22, 2024, the CI communicated with SA Schifini via text messaging. The CI stated that they had heard back from AYALA, who confirmed that the documents were ready. AYALA told the CI that the documents could retrieved later in the day at 4:00 pm. A copy of their communications was forwarded to SA Schifini via screen shots. At 8:40 am, AYALA stated 'Hola buenos dias si ya los tengo', which roughly translated means 'Hello, good morning- yes I already have them'.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 'Norma': Fraud Doc Vendor | GP18BR24GP0001-015 | 12/2/2024 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000059

Case 1:25-cr-00136-PLM   ECF No. 107-3, PageID.598   Filed 03/02/26   Page 4 of 5



# DEPARTMENT OF HOMELAND SECURITY
## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION
OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

12/04/2024 10:25 EST                                                               Page 3 of 4

On November 22, 2024, SAs Schifini, Fiegel, Jones, and Vogelzang completed the third controlled purchase of documents from Norma AYALA. SAs Schifini and Vogelzang met with the CI at a predetermined meeting location at approximately 3:45pm. The CI and their vehicle were both searched for any potential contraband prior to the controlled purchase by SAs Schifini and Vogelzang.

SA Schifini then provided the CI with $350 in pre-recorded HSI funds to facilitate the purchase. The transfer of those funds was witnessed by SA Vogelzang and documented on HSI Form 73-049. SA Schifini then provided the CI with covert audio recording equipment in order to monitor the transaction and provide protection for the source. However, no video recording devices were available for utilization.

At approximately 3:50 pm, surveillance agents notated that AYALA's red Toyota vehicle was seen near the intersection of 28th Street and Clyde Park Avenue. SAs Schifini and Vogelzang were in the process of following the CI over to the intended meeting location in the parking lot of Roger's Plaza off of 28th Street. At 3:57 pm, the CI received a message from ALAYA requesting they move the meeting location to a nearby Aldi parking lot.

Surveillance units then relocated to the Aldi parking lot, which was located at the intersection of 28th Street and Clyde Park Avenue. Surveillance units reported seeing AYALA's red Toyota vehicle parked on the westside of the parking lot. AYALA had pulled into the parking spot and her headlights were on, which could be seen by SAs Schifini and Vogelzang in a nearby surveillance vehicle.

SAs Schifini and Vogelzang watched as the CI pulled into the Aldi parking lot at approximately 4:08 pm. The CI then entered the passenger front side of AYALA's vehicle. The transaction was completed within a minute and surveillance units followed AYALA out of the area to ensure her departure. SAs Schifini and Vogelzang then followed the CI back to the original meeting location in order to be debriefed and relay the purchased set of fraudulent identification documents.

The following is an overview of the information provided by the source at 4:16 pm:

The CI provided SA Schifini with a small brown envelope, which contained a fraudulent lawful permanent resident card and Social Security card. Both documents contained the image and the fictitious information that had been previously provided by SA Schifini. The small brown envelope appeared to be the same used to transfer fraudulent identification documents during the first two (2) controlled purchases.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 'Norma': Fraud Doc Vendor | GP18BR24GP0001-015 | 12/2/2024 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000060



# DEPARTMENT OF HOMELAND SECURITY
## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

12/04/2024 10:25 EST                                              Page 4 of 4

The CI confirmed that the same Hispanic female, who was previously identified by surveillance agents as Norma AYALA, met with the source. The CI got into the front passenger seat of AYALA's vehicle and noticed that she was accompanied by a minor female child and another adult female, who remained in the backseat. The CI stated that the backseat adult female looked like AYALA. AYALA asked the adult female, who remained in the back seat of the Toyota, to pull the documents out a purse. The female pulled out the brown envelope and stated in Spanish, 'here it is, Norma'. The CI confirmed the brown envelope contained the requested documents. The CI then paid AYALA with $350.00 of pre-recorded HSI funds. The briefing was completed at approximately 4:20 pm. SA Schifini subsequently secured the fraudulent identification documents in the case file.

On November 30, 2024, SA Schifini examined and photographed the purchased fraudulent documents. SA Schifini processed the alien number (also known as A#) and indicated Social Security number through various databases available to HSI. The Central Index System (CIS2) database indicated that the alien number on the fraudulent lawful permanent resident card (A#xxx-xxx-707) was a legitimately issued number. However, it appeared that the number was legitimately issued to another individual. SA Schifini then processed the Social Security number from the card (xxx-xx-8689) through various databases. It tentatively appeared to be a legitimately issued number. However, that number had been legitimately issued to another person. A verification request will be forwarded to the Social Security Administration-Office of Inspector General (SSA-OIG).

This investigation will continue.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 'Norma': Fraud Doc Vendor | GP18BR24GP0001-015 | 12/2/2024 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.